UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT W. DURHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-cv-00986 |
| v. ) | |
| ) | Judge Sharp |
| CITY OF CLARKSVILLE, ) | |
| TENNESSEE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, Defendant City of Clarksville's Motion to Dismiss (Docket No. 11) under Fed. R. Civ. P. 12(b)(6) is GRANTED with respect to all claims against it.

The Clerk is directed to enter Judgment in accordance with Fed. R. Civ. P. 58(b)(1)(C).

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE